Timothy Talbot, Bar No. 173456
ttalbot@talbotlawgroup.com
Matthew Link-Crosier, Bar No. 261188
mcrosier@talbotlawgroup.com
TALBOT LAW GROUP, PC
105 E. Street, Suite 2E
Davis, CA 95616
Telephone: (530) 792-7211
Facsimile: (530) 792-8891

Attorneys for Respondent
NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION

Steven R. Blackburn, Bar No. 154797
sblackburn@ebglaw.com
Lauren M. Cooper, Bar No. 254580
lmcooper@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: (415) 398-3500
Facsimile: (415) 398-0955

Attorneys for Defendant,
AMERICAN MEDICAL RESPONSE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE WEST<br><br>Defendant. | CASE NO. 1:11-CV-00077-AWI-GSA<br><br>Judge Anthony W. Ishii<br><br>**ORDER TO COORDINATE BRIEFING SCHEDULE AND COMMON HEARING DATE** |

Pursuant to the Stipulation between the parties and **FOR GOOD CAUSE SHOWN**, it is hereby **ORDERED** that the briefs for the parties' cross-motions for summary judgment are coordinated as outlined in the Stipulation. It is further **ORDERED** that a common hearing date for the cross-motions shall be set as **December 12, 2011**.

IT IS SO ORDERED.

Dated:   October 25, 2011                    _____
                                                                CHIEF UNITED STATES DISTRICT JUDGE