**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>           Plaintiff,<br><br>   v.<br><br>AMERICAN MEDICAL RESPONSE WEST,<br><br>           Defendant. | 1:11-cv-00077-AWI-GSA<br><br>ORDER VACATING HEARING DATE OF DECEMBER 12, 2011 AND TAKING MATTERS UNDER SUBMISSION |

Plaintiff National Emergency Medical Services Association and Defendant American Medical Response West have filed competing motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, set for hearing on December 12, 2011.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds these matters suitable for decision without oral argument.  See Local Rule 230(g).  Accordingly, the previously scheduled hearing date of December 12, 2011 is hereby VACATED, and the parties shall not appear at that time.  The Court will take the matters under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:    December 2, 2011                                    _____
                                                              CHIEF UNITED STATES DISTRICT JUDGE