**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>            Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL RESPONSE WEST,<br><br>            Defendant. | 1:11-cv-00077-AWI-GSA<br><br>ORDER DIRECTING PARTIES TO PREPARE AND SUBMIT JOINT STATUS REPORT |

On January 14, 2011, plaintiff National Emergency Medical Services Association ("Plaintiff") filed its complaint under section 301 of the Labor Management Relations Act (LMRA) as amended, 29 U.S.C. § 185, to compel arbitration of two grievances against defendant American Medical Response West ("Defendant"). On November 4, 2011, Defendant filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, contending the grievances at issue were specifically exempted from the grievance and arbitration provisions of the parties' collective bargaining agreement. On November 4, 2011, Plaintiff filed a competing motion for summary judgment, contending its grievances were arbitrable as a matter of law and that the exceptions cited by Defendant were inapplicable. On December 23, 2011, the Court granted Plaintiff's motion for

summary judgment and denied Defendant's motion for summary judgment.

The Court now directs the parties to prepare and file a joint status report (or separate status reports, if necessary) addressing whether they would prefer the Court to: (1) dismiss the case; (2) dismiss the case but retain jurisdiction to hear motions to confirm or vacate any potential arbitration award; or (3) stay the proceedings pending the outcome of arbitration. The parties shall have through January 31, 2012 to file such report(s) with the Court.

IT IS SO ORDERED.

Dated:    December 24, 2011

CHIEF UNITED STATES DISTRICT JUDGE

2