| | |
|---|---|
| Timothy Talbot, Bar No. 173456<br>ttalbot@talbotlawgroup.com<br>Matthew Link-Crosier, Bar No. 261188<br>mcrosier@talbotlawgroup.com<br>TALBOT LAW GROUP, PC<br>105 E. Street, Suite 2E<br>Davis, CA 95616<br>Telephone: (530) 792-7211<br>Facsimile: (530) 792-8891 | Steven R. Blackburn, Bar No. 154797<br>sblackburn@ebglaw.com<br>Lauren M. Cooper, Bar No. 254580<br>lmcooper@ebglaw.com<br>EPSTEIN BECKER & GREEN, P.C.<br>One California Street, 26th Floor<br>San Francisco, California 94111-5427<br>Telephone: (415) 398-3500<br>Facsimile: (415) 398-0955 |
| Attorneys for Respondent<br>NATIONAL EMERGENCY MEDICAL<br>SERVICES ASSOCIATION | Attorneys for Defendant,<br>AMERICAN MEDICAL RESPONSE<br>WEST |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>            Plaintiff,<br><br>      v.<br><br>AMERICAN MEDICAL RESPONSE WEST<br><br>            Defendant. | CASE NO. 1:11-CV-00077-AWI-GSA<br><br>Judge Anthony W. Ishii<br><br>**JUDGMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

**[PROPOSED] JUDGMENT**                                                                **CASE NO. 1:11-CV-00077-AWI-GSA**

On December 23, 2011, this Court issued an order resolving all claims in this matter, granting Plaintiff National Emergency Medical Services Association's ("NEMSA") Motion for Summary Judgment and denying Defendant American Medical Response of West's ("AMR") Cross-Motion for Summary Judgment.

Therefore, it is ordered and adjudged:

1. That judgment is hereby entered in favor of Plaintiff NEMSA and against Defendant AMR.

IT IS SO ORDERED.

Dated:  January 31, 2012                 _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

**[PROPOSED] JUDGMENT**                                      **CASE NO. 1:11-CV-00077-AWI-GSA**