1  Timothy Talbot, Bar No. 173456
   ttalbot@talbotlawgroup.com
2  Matthew Link-Crosier, Bar No. 261188
   mcrosier@talbotlawgroup.com
3  TALBOT LAW GROUP, PC
   105 E. Street, Suite 2E
4  Davis, CA 95616
   Telephone: (530) 792-7211
5  Facsimile: (530) 792-8891

   Steven R. Blackburn, Bar No. 154797
   sblackburn@ebglaw.com
   Lauren M. Cooper, Bar No. 254580
   lmcooper@ebglaw.com
   EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
   San Francisco, California 94111-5427
   Telephone: (415) 398-3500
   Facsimile: (415) 398-0955

6  Attorneys for Respondent
   NATIONAL EMERGENCY MEDICAL
7  SERVICES ASSOCIATION

   Attorneys for Defendant,
   AMERICAN MEDICAL RESPONSE
   WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN MEDICAL RESPONSE WEST<br><br>　　　　Defendant. | CASE NO. 1:11-CV-00077-AWI-GSA<br><br>Judge Anthony W. Ishii<br><br>**JUDGMENT** |

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

-1-

On December 23, 2011, this Court issued an order resolving all claims in this matter, granting Plaintiff National Emergency Medical Services Association's ("NEMSA") Motion for Summary Judgment and denying Defendant American Medical Response of West's ("AMR") Cross-Motion for Summary Judgment.

Therefore, it is ordered and adjudged:

1. That judgment is hereby entered in favor of Plaintiff NEMSA and against Defendant AMR.

IT IS SO ORDERED.

Dated:   January 31, 2012           _____
                                    CHIEF UNITED STATES DISTRICT JUDGE